# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Victor Lamond Jordan sr. : Civil Action no.
Plaintiff :

v.

Date: 4-20-21

Patricia Saltzmann, CSW
in her official & Individual
Capacity.

Comm. of Corr. Angel Quiros
in his official & Individual Capacity

Warden: Roger Bowles
in his official & Individual capacity

Dep. Warden: Soloman Baymon
in his official & Individual Capacity

Dr. Scott Mueller, PsyD.
in his official & Individual Capacity

Edward Gonzalez, LCSW.
in his Official & Individual Capacity

Mathew Clark, Lpc.
in his Official & Individual Capacity

Darren Chevalier, Capt. :
in his Official & Individual Capacity :

— Blackstock, Capt. :
in his official & Individual capacity :

Jury Trial
is
Demanded

# COMPLAINT

## A. INTRODUCTION

1. Defendants' actions Violate the UNITED STATES CONSTITUTION. The Circumstances that Plaintiff has been put in by the Department of Corrections, has Subjected him to Cruel and unusual punishment and Deliberate Indifference. Plaintiff has been Sexually Abused by a Mental Health Social Worker employed by D.O.C., And her Colleagues and D.O.C administration Showed Deliberate Indi-fference in Violation of Eighth Amendment for failure to act in accordance With PREA protocols and procedures therefore Subjecting Plaintiff to Saftey and Security Risk to his person by allowing perpetrator to have Continued access to inmates that She has personal relationships With and allowing her to divulge in-formation regarding PREA allegation by Plaintiff. The PREA Protocols and Procedures are put into Place to prevent Such things D.O.C administration and Mental Health DeparTment personell Fa-iled in their duty to protect Victim (Plaintiff) of Such harms.

## B. PReLiminary Statement

2. The Plaintiff herein, Victor L. Jordan Sr., is an inmate in the control and Custody of Commissioner of Corrections (D.O.C.) and was at all times relevant to this Complaint held at Northern C.I. in Somers, Connecticut.

3. Plaintiff alleges the Defendants acted individually and Officially and in Concert under the Color of the law and Color of their authority as D.O.C. employees/officials to Violate the Civil Right of Plaintiff and Human Rights protected by the Constitution and 42-U.S.C. §§ 1983 and 1988.

4. Plaintiff specifically alleges the Defendants acting alone and/or in Concert did, as a result did Sexual abuse and failed to act and protect, and follow PREA protocols and procedures in accordance with National Prison Rape Elimination Commission and Prison Rape Elimination AcT.:

a.) Prison failed in reporting procedures, subjecting Victim and other Victims to retaliation.

b.) Created environment where other Victims did not feel that their reports would be confident.

C.) Prison failed to trigger an immediate response from Security Staff after Victim(Plaintiff) reported to Mental Health case worker.

d. Prison failed to reassign a pepetrator and allowed her to have access to other inmates and divulge confidential information that put Victims at high risk

e.) Prison failed in instilling confidence in victims to report and not be subjected to retaliation,

f.) Failed in following protocols and procedures in accordance to A.D. 6.2 A. STaff Action, 3. 5. 6.

5. Plaintiff has been Confined by the Connecticut Department of Correction (D.O.C.) Since April, 2008. for much of that time he has been in D.O.C. Custody housed at Mcdougal C.I.. Now Currently housed at Northern C.I. 1 west unit, on Administrative Segregation (A/S), In "Solitary Confinement" pursuant to "restrictive Status" Classi-fications: A.D 9.4

6. To establish an Eigth Amendment Violation, prisoner must show that prison Staff have sufficiently "wanton" State of mind. Since there is no legitimate purpose for Sexual abuse, the behavior itself is generally enough to Show wantonness. One federal court of app-eals held that Sexual abuse can Violate the Eighth Amendment if it is "Severe or repetitive"; Boddie v. Schneider, 105 F.3d 857, 861 (2d Cir. 1997). Mental Health Social worker Subjected Plaintiff to repeated Sexual abuse for five months, by watching Plaintiff masturbate to her as she watched and engaged in Sexual Talk and promises to fullfill his desires in actual physical Contact between them if and when opportunity prese-nted itself. This unhealthy relationship did in fact harm him mentally and physically, Plaintiff has contemplated Suicide on Several occassion and has Self inflicted injuries (Punching Concrete wall & metal cell Door) tearing Skin, and breaking hand, because he has grown attached to her attention. This harm Constitutes Cruel and unusual punishment in Vio-lation of the Eighth Amendment. And D.O.C. failure to act put Plain-tiff Safety and Security at risk by not following protocols & proced-ures in accordance to PREA guidelines, in accordance to A.D 1.10 and 6.12. in so they showed Deliberate Indifference.

C. Jurisdiction And Venue

7. Plaintiff brings Claims pursuant to 42 U.S.C. §1983 as well as the Eigth Amendment to the United States Constitution.

8. This Court has Jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.(a)(3) and 1367(a)

9. Venue is proper under 28 U.S.C. § 1391 (b)(1) and (b)(2).

D. Parties

10. The Plaintiff herein, Victor Lamond JordAn Sr., Inmate# 165080 at all times relevant to this Claim, Complaint an inmate in the Custody and Control of the Commissioner of the Connecticut D.O.C. and he is presently housed at Northern C.I. in Somers Connecticut.

11. Defendant Patricia Saltzman CSW, was at all times relevant to this Complaint a registered Socialworker for Mental Health, employed by the D.O.C. and contracted to Northern C.I. with the title of CSW She is Sued in her official Capacity and Individual Capacity.

12. Second Defendant, Angel Quiros is the Current Commissioner of Corrections. He is responsible for protecting the Constitutional-Rights of all individuals in D.O.C. Custody, including the Plaintiff. Mr. Quiros has final policy making and supervisory authority within the D.O.C. and is therefore responsible for authorizing and main-

-taining policies, protocols and procedures in accordance with PREA to protect Victims. At all relevant times, he was acting under Color of State Law. He is Sued in his Official Capacity for Declaratory and Injunctive relief, and Individual Capacity for Damages.

13. Third Defendant, Roger Bowles, is Warden at NCI In this capacity Bowles, was at all relevant times to this complaint, he is the designated leader of this facility, he is the direct enforcer of protocols and pro-cedures regarding staff and inmates under his responsibility so he directly and proximately Caused and or allowed the Constitutional Violations set forth. At all relevant times, he was acting under Color of State Law. He is sued in his official Capacity, and Individual Capacity.

14. The fourth Defendant, Soloman Baymon, is the Deputy Warden of Operations, Administration, Programs, and treatment, In this capacity, he possesses policy making and supervisory authority with respect to in-mates, Safety and security, Baymon is responsible for enforce protocols and procedures in accordance with PREA and A.Ds' to insure inmates Safety. He directly and proximately caused the Constitutional Violations set forth. At all relevant times, he was acting under Color of State Law. He is Sued in his Official Capacity and Individual Capacity.

15. The Fifth Defendant, Dr. Scott Mueller, PSyD.; was at all times rele-vant to this Complaint a registered and or certified Mental Health Doctor employed by the D.O.C. at Northern C.I. with title of Dr. and is Supervisor of mental Health personell. He is sued in his official Capacity and Individual Capacity.

16. The Sixth Defendant, Edward Gonzalez, LCSW., was at all times relevant to this complaint a registered and or certified Mental Health Social Worker employed by D.O.C. at Northern C.I. with title of LCSW. He is sued in his Official Capacity and Individual Capacity.

17. The Seventh Defendant, Mathew Clark, Lpc., was at all times relevant to this Complaint a registered and or certified Mental Health Social worker employed by D.O.C. at Northern C.I. with title of Lpc. He is Sued in his official Capacity and Individual Capacity.

18. The Eighth Defendant, Darren Chevalier, Captain, is Administrative Captain Office of Intelligence and Investigations. In this capacity he has the re-sponsibility to oversee investigation concerning any safety and Security risk matters as well as PREA claims. He directly and proximately Caused the Constitutional Violations Set forth. At all relevant times, he was acting under the Color of State Law. He is Sued in his official Capacity and his Individual Capacity.

19. The Ninth Defendant, Black Stock, Captain, is Unit Manager at NCI. In this Capacity, he is responsible for NCI 1 west, which war-ehouses all Restrictive housing States, including "Administrative Segregation". Additionally, he is the Chair person of the Unit classification Committee, a rev-iew board that oversee and is responsible for inmates on "A/S". He directly and proximately Caused the Constitutional Violations Set forth. At all rele-vant times, he was acting under the color of State Law. He is Sued in his Official Capacity and Individual Capacity.

20. All named defendants were employed by the State of Connecti--cut Department of Corrections and all acted under color of State Law and/or color of their authority far as officials and/or Contrac--tors and/or employees and/or administraters for the Connecticut Dep--artment of Corrections.

E. CAPACITY of Defendants

21. All named Defendants are being Sued in their, Official Capacity and in their, Individual Capacity.

F. PREVIOUS Lawsuits

22. The Plaintiff has pending Claims: 3:19-CV-01628-OJS, and, 3:20-CV-00491-OJS, This Claim only relatd in regards of him requiring Mental Health treatment because previous Sexual assault by D.O.C. C/O, and Conditions of Confinement.

G. Previous Dissmissed Actions OR Appeals

23. The Plaintiff has had no civil actions or appeals, in either State or federal Court, Which were dismissed as frivolous, Malicious, or for failure to state a claim upon which relief Can be granted.

H. Exhaustion of Administrative Remedies

24. Pursuant to Prison Litigation Reform Act, codified under 42 U.S.C. §1997c(a), the plaintiff has exhausted all available remedies in accordance with D.O.C. A.D.s'.

I. Statement of facts

25. The Plaintiff is a Prisoner sentenced to the Department of Corrections, has been incarcerated since April, 2008 and currently Serving a 8 lyr sentence for multiple offenses. At the moment Plain-tiff is serving said sentence at Northern C.I.

26. In febuary, 2020 while housed in 1west, 106 cell, Northern C.I. Plaintiff met Social Worker Patricia (Patty) Saltzman, our first encou-nter was cordial, at least initially it was.

27. On febuary 3, 2020 she aproached my cell 106 and i told her to get the fuck away from my cell and screamed out you got herpes, she told me to show some respect. I said just get away from my door i don't trust any of you because you are picking and choosing and showing favoritism.

28. On or about febuary 10 2020 she "patty" showed up in front of my cell and asked could she speak with me, and hear her out, i did not respond, so she spoke and said that she did not mean to show any favoritism, and if that is how it seemed she apologize and she will

Spend the amount of time alloted "45 minutes" if need be to Speak With me or what ever i wanted, and then she looked down at my groin and i only had on boxer briefs, I Said Whatever in a manner of nonch-alance, She walked away.

29. Later in the month we Started talking about Superficial things Just to past the time in front of my Cell, and i would get aroused when she looked down at my groin and then back into my eyes and that is When i Started masturbating and she would Silently nod her head and watch me as we would Continue to Conversate about nonsensical things.

30. Initially i Kept my boxers on Covering myself and i did not eJa-culate under those circumstances, only after she left, I would only allow her to stay in front of my cell for a short time So that it was not suspicious and so that guys in the block on tier would have quality time with her as well, because they was doing the Same thing.

31. The relationship went on like that for about a month and half approxim-ately, then i was moved to 223 cell in 1 west Top tier to a more secluded area, a three man tier, more private and more Comfortable to talk and persue relationship.

32. In april She express to me Via her writing pad that She wanted to see it, meaning my penis. and i was Suprised For Some reason, i don't Know why becuase we have been in Strange but exciting rela-tionship for a couple of months now, so i exposed myself and asked if she liked and Could she handle all of it, and she Just nodded

33. on that day i masturbated until ejaculating as we looked into each others eyes, it fealt normal, i felt normal and fullfilled, i felt like a man again because of what was done to me recently by the C/Os' in Mcdougal on May 30 2019, where i was sexually assaulted by someone putting finger in my anus and then sprayed in groin genital and anus area with chemical pepper spray.

34. prior to me showing her my penis and ejaculating, I spoke to her about incedent, only superficialy, because i did not feel comfortable with talking to her about mental health stuff because of our relationship, and i even mentioned that to her, but then i felt bad about not respecting her profess-ion, so i rationalized it; as if it was like a boyfriend and girlfriend (couple) and that she should be able to listen to me and give me advice, and i told her this after apologizing to her for saying she couldn'T handle my mentalHealth pr-oblems. She agreed with my rational perspective.

35. We continued said relationship, at times we would talk dirty (sex) talk threw door in wispers, or i would just speak myself because we didn't want neibor to hear, she would tell me how good she was at fellatio (BlowJobs) i asked her did she like it in the anus, she shook her head no.

36. Things went on like that for weeks, it felt fun at first, and her and my neighbor was on good terms as was I, things did not last as such becuase my nei-ghbor started getting upset with her because she would pay more attention to me while he was talking to her. she would constantly look over at me when i called her name. i would be masturbating.

37. The neighbor, "Jason Goode" eventually told her he did not want to see her any more because she lied to him about something, She told me via her writing pad that he was writing her up about our (her and my) actions, I got into it with him about something else but it was really about what she told me, So me and neighbor stoped speaking, and he would harrass her, by calling her names.

38. This conflict between Patty, and my neighbor was in ~~late~~ april approximately and me and Jason Goode had our conflict in middle of may approximately

39. That conflict made situation awkword and complicated, "situation" meaning relationship between me and Patty, but it continued, we tried to be discreet about it, She would come on tier and either stop at my cell first and i would already have my penis out masturbating, then she would signal with hand wait and she would go and check other two cells and then come back and then we would talk about semi important things, some concerning mental health other personal, while whole time im masturbating, some time until i ejaculate other times we would speak about real issues and i wasn't comfortable (sexually) with that so i would Just stop masturbating.

40. We would continue on with relationship, Talking about her dogs, one being all white German shepard, and mixed Dachshund all dark coloring. I Told her that i will paint them for her, I also had started a painting of her, it also allowed us too not have to speak and i could masturbate to her with out uncomfortable nonsensical talk, because it was starting to become awkward, it started to feel not right, it wasn't fun any more, my mental-health issue started effecting me between us, i could not understand it but it Just did not feel right.

41. I spoke to her about my discomfort and she reassured me that we was good, and as soon as opportunity present itself we will have physical contact i felt better about that, because i was aware that an associate of mine Carmelo Silva, informed me that she(patty) did stuff with him sexually in the blind spots in the block when he was tier man, him and other tier man, they looked out for each other, so i had hope that i would also have opportunity.

42. In June patty, had c/os pull me to have a session in medical screening room so we could talk in private, as we spoke about a number of important things and our situation, she mentioned how she can't stand my neighbor, i agreed and she said i hate him he keep calling me names and writing insulting things, she wish somebody would "fuck him up". i said when i catch him i will.

43. Later in June things started not feeling right with the relationship, other people started talking about patty and her having same type of relationships with them and others and then these other people started conflicting with each other based on things (information) patty divulged about other inmates criminal records like (sexual assault) and their mental health request. I couldn't believe it at first

44. At that time in June and prior to that i became aware that my behavior was not normal, i was acting erratic and my anxiety was worst and more often than usual, i started doing things when patty didn't show up and or miss a meeting in medical screening, as well as a day like end of week and she did not show up, i realized i was dependent on patty to be there so i could get a release, and when that did not happen i would act out, started punching wall, ripping my knuckles one time, and another a fracture in right hand, i was

depressed anumber of times, i would have unreasonable expectations of her, and Jump to ureasonable conclusions when she did not show up, i Would argue with her about spending to much time with other inmate, so i would curse her out and then after that i would pull out my penis and start to masturbate, i wouldn't ejaculate, i actually couldn't, something was wrong and not right, my mental health was deteriorating, i was losing myself, and things only got worsT.

45. On July, 7 2020 i was going threw, "Having an episode" where i was manic because i wanted to see mental health and ofcourse i wanted patty, but she was about to have her special session with one of her special relationships, Inmate: Anderson, he was a top priority to her. I covered my cell door window so i would get C/Os' attention and they cannot pass by a covered window, so when C/O came i told him that i needed to see mental health right that moment, they called "patty" and she aproached my cell and i started cursing her out, she said i have to go to her meeting, i was erratic so i said your going to stay here until i finish with you however long it takes she said she couldn't, then she walked away angry, i covered my window back up and i comtemplated suicide that day because of her.

46. After that i self reflected and realized that i was messed in my head and it all centered around "patty" and unhealthy relationship, so in middle of July some i told patty that the relationship as it has been is over and i wasn't masturbating to her or for her anymore because it was harming me in a number of ways and maybe we can salvage a professional and patient relationship, i told her that we muddied the situation, she seemed upset and said ok if that how you feel and she left.

47. Now i had the expectations to see her still, i was still addicted to her, and her attention. and she started not showing up for sessions with me for professional reasons, on days i was feeling like i was gonna have a brakethrew on some suppressed issue concerning traumatic experienced. She wouldn't show up, those are times that i felt like hurting myself to get her attention.

48. On August 5, 2020. Inmate Anderson, was being escorted by C/O and patty for on of their "private session", While in route inmate Anderson stoped at my cell and said "i don't know you all that well, but your neighbor was talking about you to c/o and he is a "snitch" and "Homo" he fuck men in the ass"! I said yeah i am aware of, but good looking out, as he is saying this, patty is behind him gloating, laughing, then they left for their session.

49. I didn't think much about it at first, but later i realize that something was wrong with this picture, so i decided to address inmate Anderson and her, one on one, a day pass, Aug 6th 2020, Inmate anderson was in route for his session with lawyer, i stoped him and i told him that i did appreciate him giving me heads up concerning my neighbor, But i wasn't alright that he did it with specific audience especially with patty standing behind him laughing I said to him that i was going to report her for all she has done, he said he didn't care, because she is the reason why he has cut him up and banging his head on door spliting open.

50. On Aug 7th 2020, I wrote my Declaration concerning the unprofessinal relationship with patty. I also solicited others who has similar relationships with her, to obtain declarations, so i could expose her and all the damage she has done and doing, the sexual things i didn't think nothing of it because

i Felt like it was o.k. and normal, i was more Focused on the pitting one inmate against another, and a Black person against another Black person, i wasn't alright with that not at all.

51. On Aug 7th 2020, I spoke with Eddie Gonzalez, my Social worker, and i told him every thing and what i intended to do, and if he wanted to see what i wrote, he said no. he didn't want to be responsible, i told to do what he is suppose to do.

52. on Aug 8, 2020, I spoke with Social Worker; Mathew Clark; about relati-onship with his Colleague patty, and i showed him my declaration, about unprofes-sional relationship. I told him to do his due diligene and make sure he report it and Follow protocol & procedure.

53. on Aug. 10th, 2020, Dr. Mueller and Social Worker Edward (eddie) Gonzalez Came to my cell and i spoke to them about patricia (patty) Saltzman, and all that she has done, with me and a number of others, as well as what She is still doing

54. on Aug 11th 2020, patricia (patty) had a session with Inmate: Anderson, AKA (JumpshoT) I believe she informed him of what i did in reporting her, and she also told him about my Conviction for sexual assault. later that evening i heard him on the other tier say it out loud while speaking to Someone on his tier.

55. On Aug 12th 2020 Patricia (Patty), had another Session With inmate: Anderson and after she came to my cell and we talked about everything that happened between us She was upset and making threats, like writing me disciplinary reports (D.R's) if i did not stop putting her business out there, and that she Know about what i

did with declaration, because Mathew (Matt) Clark, told her everything, and bragged on how they tell each other everything. I told patty i was doing what i felt was right, because she is not helping people in here, i said she is only hurting us, and that she should leave and work some where else other than Corrections. and i told her that she better not share or divulge my business to any of her special inmate friend. She said i wouldn't do that. i said yes you would because you have done it with me on several of occassions, Then i said i'm done she can leave now.

56. I Submitted a CN9601 request dated: August 14th 2020, to Warden: Roger Bowles Deputy warden: Soloman Baymon, Governor: Ned Lamont, Commissioner of Corrections - Angel Quiros, population management: Maiga. all certified copies.

57. On Aug 14th 2020, I spoke with Edward (Eddie) Gonzalez, about situation concerning his colleague "patty", Eddie tried to deflect, i informed him that "patty" messed my head, and that he should have noticed and seen the sighns, in actions and behavior, i also told him that i've been telling him for months he just didn't pay attention or care, or just did want to know truth let alone believe it. I said how is it that i informed him on August, 7th 2020, and patty is still working and now is telling all her boyfriends about what i did, I aske why wasn't PREA protocol and procedure adhere to. He deflected and claimed that i was vague and did not tell him out right.

58. On Aug, 15th 2020, I spoke Eddie again he attempts to convince me that i did not tell him right out, i tell him i told you on friday, Aug 7th. He finally he should have done a week ago, he write / types in to computer.

59. August, 16th 2020 I observed Eddie. Speaking to inmate: Anderson in front of his cell 220. i was being escorted to phone. I heard Eddie tell C/o's that he

Wanted to pull out inmate Anderson, he also pulled out an inmate named SNOW, From bottom tier directly below my tier. These two inmates also has unprofessional relationship with Patty. social worker Eddie spoke to these imates and informed them of my accusations, and asked if they could do something about it. Both inmates told me outright that eddie told them everything.

60. On August 17th 2020, Northern C.I. intelligence came to see me, i asked them "What took them solong, it doesn't make sense th--at, i informed, Eddie, Matt, and Dr. Mueller on 7th, 8th, and 10th of August, about the unprofessional relationship with Patty and they failed to follow PREA protocol and procedures, so as to prevent the perpetrator from doing exactly what Patricia Saltzman was doing, trying to cover up, and informing everyone she had relationships with who told on her, putting individuals at risk.

61 On August. 18 2020, I made a call to PREA, hotline and left a message.

62. on August 19, 2020, I had a meeting with Mental Health team consis--ting of, Dr. Mueller, Edward Gonzalez (Eddie), and APRN. I was expecting the meeting to be about the allegation of the sexual miscond--uct, and how i was coping, that was not their intent, they started scr--utinizing me about the allegation concerning Patricia (Patty), in a attempt to help her, by insisting that i was not being truthful, i was feeling victi--mized, so i told them outright that their "Colleague, Patricia Saltzm--am, is a sexual Predator, and she is doing more harm than good".

63. Aug, 2020, I spoke with Mathew Clark LPC MentalHealth. I told himthat i know he told Patty everything, She confirmed that fact when i spoke to her for the last time Aug 12th 20. I informed Matt that he was in error, because he should have filed it inaccordance with protocol and procedure per. PREA. He blew it of and tried to deflect, and told me now that is over i should just "push what patty has done and move on," I told him that his Colleague is hurting other inmates, and she is gonna get someone hurt and or killed. I was done speaking to him and he left.

64. On Aug-21-20, patricia(patty) Saltman CSW, pulled a few inmates out too have a session, individually, and she divulged to them what i did with PREA, and info on other three that gave declarations. I was told this by several of them that she told them, and they are upset with myself and other inmates who informed on her, They are upset because she was not allowed to walk the block and watch them masturbate.

65. On Aug 23, 20, patty, was in the block having guys pulled out individually for session in Medical Screening Room, One person was inmate Riles # She has special relationship with him, On this day she told him, that myself, - Jason Goode, Camelo Silva, and Miguel Mujica, were the reason why she could not come and do a tour, inmate Riles AKA(Kadafi) told me out right that she Told him this. I demanded a statement on that fact, he declined.

66. On that same day i was being escorted to medical for chest pains, while in route in the block i observed in Medical Screening room, patricia Saltzman, LT. Tuttle, and inmate Riles AKA (Kadafi). Later that same day inmate Riles Was using phone in the dayroom where two of the Victims who wrote declarations Silva, & Mujica, They told me that he was going off about what we all did and

making threats because he was upset that she couldn't come threw anymore.

67. On Aug-24-20, I wrote a CN9601 request, to Intelligence Supervisor: Capt. Chevalier, Capt. Blackstock Unitmanager, Warden: Roger Bowles, Dep. Warden Sola-man Baymon, and Certified Copy to, Angel Quiros, acting Commissioner of Corrections, Governor: Ned Lamont, population Managment: Maiga, and Dr. Scott Mueller. I asked how could they allow patricia Saltzman, do what she is doing, i am reffering to the Security Risk, all for her actions telling all the inmates about PREA claim on my part and other Statements by other Victims. I made an acussation that they (D.O.C.) allowed this to happen on purpose, because of my previous Claim of being Sexually assaulted by C/O on May 30th 2019, and i filed Civil Claim and another concerning Conditions of Confinement and Solitar Confinement, also i've making alot of waves with all of my filing Grievances for all of the Major infractions and Violation of my and others Civil Rights. I also Suggested that they terminate patricia "Patty" Saltzman.

68. Aug 24, 2020, Warden: Roger Bowles, was Touring unit, i Summoned him over, and i gave him a copy of the request, he took and moved on.

69. On Aug. 24, 2020, I also spoke with Dr. Mueller, Supervisor of Mental Health. I asked him how could allow his colleague to do what she has done and contin-ues to do, and that him and Eddie Gonzalez, failed to follow Protocol and proced-ure regarding PREA claim. He said investigation was done and is done, he gave me the impression that it was completed, and she patricia was cleared, i said to him that he was apart of the cover up, to protect his colleague and the D.O.C. from being li-able. I informed him that him, Eddie, Matt, and Patty, will be terminated from their jobs with D.O.C.

70. On Aug. 25. 2020, Capt. Blackstock (unit mang) came to my cell 223 Top Tier and asked me if i wanted to go to protective custody, i asked him where did this come from, he said because of request (CN9601), where i mentioned that patricia (patty) put the PREA information out there and put my safety as well as othe reporting Victims, and witness. Blackstock mentioned to me of my previous attempt to check into protective custody (PC) concerning my fe-ar for my safety & security, for what took place in Mcdougal C.I. on May 30, 2019 I have made it clear on numerous ocassions that my fear was from the D.O.C because of possible retaliation for my allegations and claims. I was not succ-essful with pc on that matter. I informed him that i was reasonably safe at the moment as long as D.O.C. did not try to put me in a hostile open environ-ment, in General population, while i still have the preception of D.O.C. out to get me, wether themselves or Via other inmates (gang members) by offering favors.

71. On Aug 25, 2020, I spoke with Dr. Mueller, and informed him that my anxiety is much worst becouse of patricia (patty)'s presence in the unit, and it feels as though it is being done on purpose, i told him that i still have this Attach-ment to her, and it hurts, I feel my chest get tight and my heart feels weird, i give him these details. I also suggest that if she is going to remain in the D.O.C. i really hope this incident will make her a better mental health social worker, alth-ough i doubt she will be, because she has stepped so far from her oath, to "first do no harm", that i don't think she can come back from, especially if she remain in the D.O.C. I also suggested to him being her superior, that maybe he can have a influence on her to do whats right for here on out. I don't believe he can do that either, based on all that he has conspired to do to protect her and the D.O.C. I said that if she was not going to be terminated, then all i could hope for is she does good, or all of this was in Vain, and all of her

Victims are Worthless.

72. On Sept. 1, 2020 I went to use phone in nine man Tier day room and Inmate Riles AKA (Kadafi) # Cell 115, Calls me over and he tells me that he is Upset With me and Other inmates who informed on "patty". I asked him how did he Know this, he Stated that She told him he Said he asked her why She could not Come on the tier and that is Why. Inmate Riles, was upset (Angry) and he Started making threats to get me when he get a Chance. Me and the other inmates who gave dec-laration; he also informed me that he let everybody Know. and that She told him So he can do Something about us, and he says "and that is what i intend to do. I ended Conversation and went to use phone.

73. On Sept. 2nd 2020. Patricia (patty) Saltzman Came into unit 1 west for schedule private Session With inmate Anderson AKA (Jumpshot) # I started having a anxiety attack, and i got aggravated and i yelled out that She is a pervert, and She is doing more harm than good. Hour their Session ended, inmate Anderson, walk by my cell and says that he is going to get me sooner or later. I don't respond because i already Know that this guy is notorious and his reputation for cutting and Stabbing people up in Jail, He is on Special Needs.

74. On Sept. 2nd 2020. I had a Mental Health Session With, Edward (Eddie) Gonzalez, I told him how i get when i See or hear patty in the unit and how my anxiety is exacerbated because her. I told him that her acti-ons is going to get Someone Killed, that it Could be from now to years from now, and that they (him, other Colleagues, and D.O.C.) Will be partia-lly responsible for it, for them failing to do their due diligence.

75. On september 3, 2020. I Submitted a CN9601 inmate request to Dr. Mueller explaining how i have been affected by the unprofessional relationship with his colleague Patricia Saltzman, how it has made my anxiety worst and how i have even felt suicidial. and how she was di--vulging personal information about me and others who informed on her. I informed him that i would Have my family post all online and lo--cal News.

I have informed every Defendant mentioned in this Claim either Verbally or Via CN9601 requesT, and or CN9602 Griev--ance, on numerous occassions, No one seems to care abouT our Well being, Our Mentalhealth as well as physical Safety, every--one Seems to be turning a Blind eye to S.W. patricia "patty" Saltzman predatory Nature and her spitefull and Vindictive manipulations putting inmates Safety at risk, all to Satisfy her sexual perversions and fantasys, She always Says, that "this place is like HighSchool", it's clear that she is disturbed and delusional and need psychol--ogical help, That will not happen unless she is held accountable for her actions.

The Plaintiff (I) is a Pro-se litigant entitled to liberal Construction and liberal interpretation of his filings. "Pleadings in this Case are being filed by Plain--tiff, In Propia Persona". see Haines v. Kerner. 92 S.ct. also see Power 914 f.2d. 1459 (11th cir. 1990) also see. Halsey v. Ownes, 63 F3d. 354 (5th Cir. 1995) Also see. In Re: HaLL - v. Bellmon, 935 F.2d 1106 (10th cir. 1991). Also. Puckett v. Cox, 456 F2d 233 (1972) and Conley v. Gibson, 355 U.S. 41 at 48 (1957).

J. Causes of Action

Cause of action: 42 U.S.C. §1983 - Eighth Amendment of The United States Constitution (Cruel and unusual punishment and Deliberate Indifference)

Plaintiff incorporates by reference each and every allegation contained in preceding paragraphs as if set forth fully herein.

By defendants not taking actions in accordance to the PREA protocols and procedures, they put Plaintiff safety and security at high risk and subjected him and other victims to harm and there is a substancial risk of future harms.

The Defendants show Deliberate Indifference when they allowed patricia (patty) Saltzman, to work and have contact with inmates whom she has special personal relationships with, and the inmates in particular are high risk for propensity to violence and defendants either know or should have known that perpetrater would possibly divulge information that would compromise victims Plaintiff's Safety.

Plaintiff's mental health has been severely damaged by CSW patricia (patty) Saltzman, he is going threw abandonment feelings and has been depressed and forlorn. he has contemplated suicide and or harming self, as he has done in the past so as to get "patty's" attention, his anxiety has been exacerbated, and remaining Mental Health personell are not effective for the fact that they are tryin to protect their collea-

cont -gue, therefore, there being a conflict of interest as well as their action being Deliberate Indifference, and subject plaintiff to Cruel and Unusual punishment, therefore leaving Plaintiff no whay to have his mental health needs adhered to.

By the foregoing actions, Defendants have Violated Plaintiff's Eighth Amen-dment rights.

K. PRAYER FOR RELIEF

Wherefore, Plaintiff prays for Judgment against Defendants:

(a) Declaring that Defendants have Violated Plaintiff's right to be free from Cruel and Unusual punishment under the Eighth Amendents of the U.S. Con-stitution;

(b) Granting TRO and preliminary Injunctive relief enjoining Defendants and their successors, agents from further Violation of the Eighth Amendment and afford plaintiff with independent mental Health to determine his status on a psychological level, minus any biasis regarding conflict of interest by cur-rent Mental Health staff employed by D.O.C., This independent mental Health would be at the expense of D.O.C.

(c) awarding plaintiff Compensatory damages
(d) awarding Plaintiff punitive damages
(e) awarding plaintiff cost and reasonable attorneys fees pursuant to 42 U.S.C. § 1988
(F) Granting such other Monetary, equitable, or other relief court deem Just.

Plaintiff seeks a Jury Trial on all issues so Triable.

Respectfully Submitted
by The Plaintiff

Date: 4-20-21

Victor Lamond Jordan Sr.
Cheshire C.I.
900 Highland Ave
Cheshire, CT. 06410

L. VERIFICATION

I have read the foregoing complaint and hereby Verify that the matters alleged there in are true and factual to the best of my Knowledge and belief. I certify under penalty of perjury that the foregoing is true and correct. Executed at Cheshire, Conn. on Date: 4-20-21

Victor Lamond Jordan Sr.