# Submissions

1. Declaration of Plaintiff dated: 8-17-20
2. Declaration of Carmelo Silva dated: 8-7-20
3. CN9601, dated: 8-14-20, 8-24-20
4. CN9602, dated 9-7-20
5. CN9604, dated: 12-23-20