# Submissions

1. Declaration of Plaintiff dated: 8-17-20

2. Declaration of Carmelo Silva dated: 8-7-20

3. CN9601, dated: 8-14-20, 8-24-20

4. CN9602, dated 9-7-20

5. CN9604, dated: 12-23-20

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Victor L. JordAN Sr. : 3:20-CV-00491-(DJS)
plaintiff :
v. : Declaration of:
: Victor Lamond JordAN Sr.
Comm of Corr: Cook et. al. :
Defendants :
: DaTE: 8-17-20

SCANNED at and Emailed 8/18/2020 date by initials No. 6 pages

## For TRO and Preliminary InJuncTion

Victor Lamond JordAN Sr. hereby declares, That i did in fact inform Dr. Scott Mueller and SW. Eddie Gonzalez on 8-7-20 at approx. 2:30pm or 3:30pm, about SW. Patricia Saltzman and the inapropiate sexual relationship between her and I. I informed Eddie while - Standing in front of my Cell; 1 west Top Tier 223 cell; While Dr. Mueller Stood by, and i then informed Dr. Mueller directly, I also informed him that i wished to speak to him in private on matter; and so as not to put my business on tier for others to hear, I also informed him that he was suppose to do something about issue, so as to Secure my Safety as well as others, from repurcussions, if Patricia Saltzman resumed her treatment of Inmates. My personal Knowledge of her sharing information about other inmates, things they have written in request and or verbal, She conveys this information via Note pad She writes info, then Shows to inmate also she has Conveyed info verbaly as well, She has done this with me on several occassions, She has started Conflicts with, between other inmates, She will tell them that, this inmate is bothering and Calling me names i hate him, i have been directly told that about Several inmates, and have gotten

into Conflicts, concerning her and said information she has divulged. on 8-8-20, MentalHealth LPC Matthew J Clark, Came to my cell and i spoke with him about his colleague, Ms. Saltzman, and the inappropiate relationship between, I also showed him my Declaration dated 8-6-20 - 8-7-20 and we spoke in length of matter, I informed him that i expected him to do his due-diligence and puT in file and Take the necessary actions in relation to such a Claim. I don'T believe he and or Dr. Mueller, Edward (Eddie) Gonzalez, Took the apropriate steps in accordance to protocol and or procedures, in the OLR RESERCh REPorT. Prison Rape Elimination Act., Because Patricia Saltzman, was sTill working for past eight days after i informed them of situation, and therefore her being able to tell other inmates about what i had done and abouT other facts concerning my criminal convictions. I also spoke with her by requesting to see her, i spoke of the relationship between us and how it harmed, and she threatend me with writing me a Diciplinary ReporT. I Told her she is doing more harm than good and that she better not tell these other inmates abouT my business etc. She claimed she would not, I Told her you Told me things about other inmates, so she could not be trusted, and i believe that she had already informed one inmate the day before. which i believe was a Tuesday, 11th, 2020. I ended the Conversation with her and she left. I cannot understand how she remained on duty with what i informed her colleagues about said violations, therefore puttin my and other at risk of some form of retaliation from other inmates she has relationships with. In accordance to OLR Research ReporT, N-P-R-E-C page 5 of 8 and 6 of 8 and Directives, A.D. 1.10, 2.6, 6.12., D.O.C. has allowed this employee to continue to work, and not follow Protocol and procedures that is set in place to protecT Victim, myself and to prevenT

The perpetrated to try and cover her tracks, and or inform others so as to put victim in harms way as well others.

I have spoken with Eddie Gonzalez, my social worker, about this possibility and that he and Dr. Mueller and Matthew Clark made a big mistake, and now i have to suffer more, Eddie tells me that i was never specific in telling him about abuse, this is true, in the past few months i have spoken in circles about Patricia Saltzman, concerning others she was involved with, but no names, but i did tell him and Dr. Mueller straight out, on the 8-7-20, about our inapropriate unhealthy relationship. I also informed Eddie, that my behavior has changed erratically since the relationship begun, i kept getting worst, my emotions were on a roller coaster ride, when ever she did not come i would act out and get frustrated or angry, so i told him that he should have seen the sighns as well as what i told him and Dr. Mueller on several occasions. They are incompetent at best, but also they are culpable because i believe they have been going out of their way to cover this matter up, by not taking necessary steps recuired of them to protect our safety & security, "Our" being individuals who has submitted Declarations in regards to this issue, allowing us to be vilified by CMS' medical staff, and other inmates. this un fair, reason why people will not come forward, especially when said abuser is running around telling people.

I declare under Penalty of Perjury that the foregoing is true and correct. Executed at Somers, CT.

Date: 8-17-20

See: Attached, CN9601, request

plaintiff signature [signature]

Dated: 8-14-20

Also: Declaration of Carmelo Silva #381066

Dated: 8-7-20

UNITED STATES District Court
District of Connecticut

Victor L. Jordan sr. : 3:20-cv-00491-(OJS)
plaintiff :
v. : Declaration of
: Carmelo Silva # 381066
comm. of corr. Cook, et. al. :
: Date: 8-7-20

Carmelo Silva #381066 hereby declares: That i have had intimate relationship with my mental health case worker patty, these events happened on Several of occasions when i was a tier man. in the blind spots were camera can't see, She has givin me hugs at first, then she gave me a blow Job. She also would come to my cell and watch me Jerk off to her. She also promised to help me get medication, and that we could also get together on the Street when i get out, we agreed to exchange phone numbers. She made promises to me if i got intouch with her when i get out. I found out that She was doing the Same Stuff with other guys in here. I told her that i wasn't going to Contact her because of all the things i heard about her. I was hurt and ive become more depressed and Stressed out, i've thought about hurting myself again. I am giving this declaration so it may help other people not to be hurt by her

I declare Under Penalty of Perjury that the Foregoing is true and Correct. Executed at Somers, CT.
Date: 8-7-20

Signature: Carmel Si

# Inmate Request Form

Connecticut Department of Correction

CN 9601
REV 1/31/09

Please be reminded that Counselors and CTOs have 15 business days to respond. Please refrain from sending multiple requests with the same issue.

Inmate name: Victor L. Jordan Sr.

Inmate number: 165080

Facility/Unit: Northern / 1 West

Cell Number: 223

Date: 8-24-20

Submitted to: Capt. Chevalier, Capt. Blackstock, Warden Boulles / Baymon

Request:

Tell me what kind of Sense does it makes, that i make a PREA Claim Against Patricia Saltzman, and Several others give declarations to the fact and or more to Support my claim, and you guys allow this person (Patty) to work and have access to inmates who She also have intimate relationships with, and She is telling them about everyone who gave a Statement. there is protocol that is put into place So Something of this magnitude doesn't take place per "PREA", this was either done intentionaly or you guy are a bunch of Morons and Idiots. Its all good, i'll see you in Court, but until then fire Patty A.S.A.P.

continue on back if necessary

Previous action taken:

C.C. Governor: Ned Lamont

C.C. Comm of Corr: Quiros C.C. Dr. Mueller

C.C. pop. Mang.: Maiga

COPY

continue on back if necessary

Acted on by (print name): Blackstock

Title: Captain

Action taken and/or response: Mr Jordan your PREA allegations are being address. The staff member is allowed in the unit.

continue on back if necessary

Staff signature: [signature]

Date: 9/2/20

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Please be reminded that Counselors and CTOs have 15 business days to respond. Please refrain from sending multiple requests with the same issue.

Inmate name: Victor L. Jordan sr. | Inmate number: 165080

Facility/Unit: Northern / 1 West | Cell Number: 223 | Date: 8-24-20

Submitted to: CapT. Chevalier, CapT. Black Stock, Warden Boutes / Baymon.

Request:

Tell me what Kind of Sense does it makes, that i make a PREA Claim againsT Patricia Saltzman, and several others give declarations to the fact and or more to support my claim, and you guys allow this person (Patty) to work and have access to inmates who She also have intimate relationships with, and She is telling them about everyone who gave a Statement, there is protocol that is puT into place so Something of this magnitude doesn'T take place per "PREA," this was either done intentionaly or you guys are a bunch of Morons and Idiots. It's all good, i'll See you in court, buT until then, Fire Patty A.S.A.P.

continue on back if necessary

Previous action taken:

C.C. Governor: Ned Lamont

C.C. Comm of corr.: Quiros C.C. Dr. Mueller

C.C. pop. manag. Maiga

COPY

continue on back if necessary

Acted on by (print name): Chevalier | Title: Capt

Action taken and/or response: Your PREA claim is being taken Seriously. All Protocols are being Followed.

continue on back if necessary

Staff signature: [signature] | Date: 8-26-2020

# Inmate Grievance Appeal Form - Levels 2/3

**Connecticut Department of Correction**

CN 9604
REV 1/31/09

| | |
|---|---|
| Inmate name: Victor L. Jordan Jr. | Inmate number: 169080 |
| Facility/Unit: Cheshire C.I. / Northern C.I. | Housing unit: North 2/1 west — Date: 12-23-20 |
| IGP number: 141-21-041 | T number: |

**Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.**

**Appeal of Level 1 Decision to Level 2**

I am appealing the Level 1 decision because:

Inmate signature: Date:

**FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW**

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3.

☐ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

**Appeal of Level 2 Decision to Level 3**

I am appealing the Level 2 decision because: I have yet to receive a response from level 2 concerning the above IGP# concerning the PREA matter and a safety & security issue regarding mental health staff as well as other D.O.C employees, This matter includes custody staff.

Inmate signature: [signature] Date: 12-23-20

**Deposit your appeal in the "Administrative Remedies" box.**

**FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW**

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

# Inmate Request Form

Connecticut Department of Correction

CN 9601
REV 1/31/09

Please be reminded that Counselors and CTOs have 15 business days to respond. Please refrain from sending multiple requests with the same issue.

Inmate name: Victor L. Jordan Sr.
Inmate number: 165080

Facility/Unit: Northern / 1 West
Cell Number: 223
Date: 8-14-20

Submitted to: Warden Bowles / Deputy warden: Baymon

Request:

My Safety and Security has been and is being put at risk. I have informed Dr Mueller as well as Eddie Gonzalez of The inappropriate relationship that i had with patricia Saltzman, and She remained working and in so doing she has informed a certain patient of her's of my allegations and other information, I have told Eddie about this possibility prior to this happening, as well as Dr. Mueller, I also informed "Matt" and patricia herself, I Told her she better not go to specific individuals and tell them my business, reason being is because She has done this with me, about someone else, This person is a serious

continue on back if necessary

Previous action taken:

C.C. Comm: of Corr. Quiros
C.C. Dr. Mueller
C.C. Governor: Ned lamont
C.C. pop. Mang.: Maiga

continue on back if necessary

Acted on by (print name):
Title:

Action taken and/or response:

continue on back if necessary

Staff signature:
Date:

security risk. She has established unhealthy relationships with inmates in here, and she is doing more harm than good. I came to realize that i was acting very erratic and out of character, so I told her that we can't do this anymore (me masturbating to her and sexual talk etc.) because it has been hurting me, and that maybe we can try to just keep it proffessional. after that she started neglecting me when i requested to see her, wich only made my situation and mental Health worst, and i also found out she has been doing the same with others, I was already aware of a couple of associates of mine, and we spoke of her in regarding said behavior. also how she was starting problems with inmate on inmate, by Telling one person something about and or biased about the other and repeating the process. she has been doing this for months and it is serious, she is not only putting peoples' health (mental) at risk she is putting peoples safety (lives) at risk. I had to confront one of her (patients) after they both walked by on this tier for their session, after he confronted me about my neighbor in regards to him being a snitch concerning her, I told said "patient" later while by himself, that it was not right to do that especially under said circumstances, and the fact that social worker patricia saltzman had a big smile on her face and was laughing. I couldn't believe it and that is what "broke the camels back" and i reported her and my situation (relationship) unprofessional." and one other, and i have yet to submit the others, that is much more involved. I don't really want her to get in trouble because i still care about her but she is causing serious problems and hurting people. and you all can choose to not believe this, for obvious reasons, but you will see, and I believe you all already knew, she has already hurt me and put my safety and security at risk. you need to fix this some how.

# Inmate Administrative Remedy Form

Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Northern | Date: Sep - 7 - 2020 |
|---|---|
| Inmate name: Victor L. JordAN | Inmate number: 165080 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

A. ☑ **I am filing a Grievance.**

- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

B. ☐ **I am requesting a Health Services Review.**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | Complete Section 4 |
|---|---|---|

C. ☐ **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | > | Complete Section 4 |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| | | | |
|---|---|---|---|
| Offense: | | Report date: | |
| Facility where hearing was conducted: | | Date of hearing: | |
| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: | | |
| Did you identify witness (es) to the investigator? ☐ yes ☐ no | Did your witness (es) testify? ☐ yes ☐ no | | |

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Victor L. Jordan Sr. | |
|---|---|---|
| | Inmate number: 165080 | Housing: 1 West 223 |

SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

This Grievance concerning PREA Claim on my part because of inapropriate sexual relationship between myself and socialworker Patricia (patty) Saltzman, who for five Months allowed me to Masturbate and Talk dirty sexual talk to her and her as well, I came to realize that relationship was unhealthy to me, because of my erratic behavior and a change in my character I decided to end relationship in the end of June early July 2020. I informed patty that this is not working, it has to end, and maybe we can get back to some kind of normal professional patient relationship. she was upset and she started neglecting me and i was still attached and had expectations of her coming to see me, that put me in distress and anxiety. I have had suicidal thoughts and plans to commit. prior to my brake off from her, I informed, Dr Mueller and Eddie on several occassions that patty was doing these things, having unprofessional relationships with other inmates, and giving other inmates info about each other, piting one inmate against each other, also when i decided to report her officially concerning our relations, I told Eddie Gonzales and Dr. Mueller, I Told Eddie straight out on Aug 7 2020, and Mathew Clark on Aug-8-2020 and Eddie and Dr mueller on The Aug 7th or Aug 10th in front of my cell 223. The PREA protocols were not adhered to, pattie was allowed to come to work in the block and knowing what i did exposing her, she started telling other guys she has relationships with about what i did and also trying to cover up, also Eddie and Dr. Mueller as well, The D.O.C as well. patty was allowed to work with inmates and expose other victims who has been hurt by her and inapropriate conduct I informed Administration of security risk to me and others and how they allowed her to work and create new problems, All Mental health staff should be fired.

| Inmate signature: [signature] | Date: Sep. 7th, 2020 |
|---|---|

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 9/9/2020 | IGP #: 141-21-041 | T#: |
|---|---|---|
| Disposition: **Compromised** | Date of Disposition: 10/26/2020 | |

Reason: You are filing a level 1 grievance regarding staff conduct. At this time the department is conducting an administrative investigation into this incident in accordance with administrative directive 1.10, any discipline resulting from its conclusion will be made in accordance with administrative directive 2.6. At the conclusion of the investigation, you may file a new grievance based upon your original complaint should you be dissatisfied with its outcome. Your level 1 grievance is Compromised.

☐ You have exhausted DOC's Administrative Remedies. ☒ This matter may be appealed to: lvl 2

| Signature: [signature] | Date: 10/26/20 |
|---|---|