OCT 14 2026 PM4:26
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR LAMOND JORDAN, SR.,

Plaintiff,

v.

PATRICIA SALTZMAN,

Defendant.

No. 3:21-cv-560 (MPS)

**VERDICT FORM**

**A. <u>Liability</u>**

1. Did Mr. Jordan prove, by a preponderance of the evidence, that Ms. Saltzman violated his rights under the Fourth Amendment?

   Yes: ✓ No: ____

2. Did Mr. Jordan prove, by a preponderance of the evidence, that Ms. Saltzman violated his rights under the Eighth Amendment?

   Yes: ✓ No: ____

***If you have answered "Yes" in Part A with respect to either question, continue to Part B. If you answered "No" to both questions in Part A, skip all questions in Part B, and continue to Part C.***

## B. Damages

### 1. Compensatory Damages

If you answered "Yes" to a question in **Part A**, what amount of compensatory damages do you find will reasonably compensate Mr. Jordan for the injuries proximately caused by the defendant's conduct?

**Total Compensatory Damages:** $ 300,000

### 2. Nominal Damages

If you answered "Yes" to a question in **Part A** ***but found that Mr. Jordan is not entitled to any compensatory damages in Part B.1***, indicate below that Mr. Jordan is entitled to $1.00 in nominal damages with respect to the claim(s) you found Ms. Saltzman liable for in **Part A**:

Fourth Amendment Claim: $ ____________

Eighth Amendment Claim: $ ____________

**Total Nominal Damages:** $ ____________

### 3. Punitive Damages

If you answered "Yes" to a question in **Part A**, do you choose to award punitive damages against Ms. Saltzman in order to punish or deter similar conduct?

Yes: ✓ No: ___

If you answered "Yes" immediately above, what amount of money do you award as punitive damages against Ms. Saltzman?

**Total Punitive Damages**: $ 1,250,000

**C. <u>Signature</u>**

The foreperson should sign and date this form and notify the marshal that you have reached a verdict. Your verdict will then be returned to the Court.

_____________________ 10/14/2026

**Foreperson** **Dated**

OCT 14 2026 PM4:26
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR LAMOND JORDAN, SR.,<br>Plaintiff,<br>v.<br>PARTRICIA SALTZMAN,<br>Defendant. | No. 3:21-cv-560 (MPS) |

**Jury Interrogatory**

Do you find, by a preponderance of the evidence, that Ms. Saltzman encouraged Mr. Jordan to perform sexual acts in her presence at cell-side encounters through (circle one and only one of the responses below):

(a) verbal acts

(b) non-verbal acts

(c) both

**Foreperson**

10/14/2026
**Dated**